FRANK S. ATWELL, ADMINISTRATOR, ETC., OF ISAIAH SCOTT, DECEASED, RESPONDENT, *v.* CHARLES K. BROWN, SURVIVOR, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

The defendant, upon this appeal, insisted that there was not sufficient evidence to sustain the findings of the referee. The General Term, after a review of the evidence, decided that the findings were authorized by the evidence, and that the judgment was right, and should be affirmed.

*John B. Gale,* for the appellant.

*Mr. Christie,* for the respondent.

Opinion by BOARDMAN, J.

Present—MILLER, P. J., BOOKES and BOARDMAN, JJ.

Judgment affirmed, with costs.

---

DANIEL DONOVAN AND JAMES SWEENEY, APPELLANTS, *v.* CYRUS L. WOODRUFF, RESPONDENT.

APPEAL from a judgment of nonsuit, directed by the court. The General Term, after an examination of the evidence, was of opinion that the case should have been submitted to the jury.

*John E. Van Etten,* for the appellants.

*M. Schoonmaker,* for the respondent.

Opinion by BOOKES, J.

Present—MILLER, P. J., and BOOKES and BOARDMAN, JJ.

Judgment reversed, new trial ordered, costs to abide the event.